Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorney for*
*Kelvin Obrian Wallace*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELVIN OBRIAN WALLACE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | Case No. 2:26-cv-01971-DJC-AC<br><br>*Assigned to:*<br>*Hon. Daniel J. Calabretta, Courtroom 7, 14th Floor*<br><br>**ORDER**<br><br>Compl.: May 22, 2026<br>Trial: None Set |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Stay Pending Settlement Negotiations. Having considered the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. All proceedings in this matter are hereby **STAYED** until September 30, 2026. Additionally, Defendant's deadline to answer or otherwise respond to the Complaint is hereby extended until forty-five (45) days after the expiration of the stay. By no later than September 30, 2026, Plaintiff shall file a status report updating the Court on the status of the parties' negotiations and requesting that the stay either be extended or lifted.

ENTERED this 3rd day of August, 2026.

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE