Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorney for Plaintiff*

Frederic G. Nicola (SBN 309647)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 1100
Irvine, California 92614
Telephone: 949.862.4610
Facsimile: 901.492.5641
Email: frederic.nicola@fedex.com

Christopher M. Ahearn (SBN 239089)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg B, 3rd Floor
Memphis, TN 38125
Telephone: 901.434.8404
Facsimile: 901.492.5641
Email: christopher.ahearn@fedex.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELVIN WALLACE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No.: 2:26-cv-01971-DJC-AC<br><br>**ORDER TO CONTINUE DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

**ORDER**

**PURSUANT TO THE STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:**

(1) Plaintiff's deadline to respond to Defendant's Motion to Dismiss is CONTINUED pending the outcome of Plaintiff's counsel's request for consolidation.

(2) Should Plaintiff's counsel's request for consolidation be denied, the parties will meet and confer to stipulate to a briefing schedule for Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: November 19, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE